```
1   GREGORY M. SCHULMAN, ESQ.
    Nevada Bar No. 5766
2   THORNDAL ARMSTRONG, PC
3   600 S. Las Vegas Boulevard, Suite 400
    Las Vegas, NV 89101
4   Tel.: (702) 366-0622
    Fax: (702) 366-0327
5   E-Mail: gms@thorndal.com
6
    Attorneys for Intervenor
7   AMERICAN NATIONAL PROPERTY AND
    CASUALTY COMPANY
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ZAROUHI MCFADDEN, an Individual, | CASE NO.: 2:24-cv-2038-CDS-MDC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOSE ALVAREZ, an Individual, DOES I-X, unknown persons, and ROE BUSINESS ENTITIES I-X, inclusive; | |
| Defendants. | |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | |
| INTERVENOR. | |

///
///
///
///
///
///

-1-

COME NOW the parties, by and through their counsel of record, and hereby stipulate to dismiss all of plaintiff's claims with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: January ___, 2025

**THE FIRM, P.C.**

_____
PRESTON REZAEE, ESQ.
Nevada Bar No.10729
AMANDA NALDER, ESQ.
Nevada Bar No. 16733
Attorneys for Plaintiff
630 South Third Street
Las Vegas, NV 89101
(702) 222-3476
Attorneys for Plaintiff
ZAROUHI McFADDEN

DATED: January 17, 2025

**THORNDAL ARMSTRONG, PC**

/s/ Greg Schulman
_____
GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 S. Las Vegas Blvd, Ste. 400
Las Vegas, NV 89101
(702) 366-0622
Attorneys for Intervenor
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

**IT IS SO ORDERED.**

_____
~~UNITED STATES MAGISTRATE JUDGE~~

1  COME NOW the parties, by and through their counsel of record, and hereby stipulate to
2  dismiss all of plaintiff's claims with prejudice. Each party shall bear its own attorneys' fees and
3  costs.

DATED: January 16, 2025                      DATED: January ___, 2025

**THE FIRM, P.C.**                           **THORNDAL ARMSTRONG, PC**

_____                    _____
PRESTON REZAEE, ESQ.                         GREGORY M. SCHULMAN, ESQ.
Nevada Bar No.10729                          Nevada Bar No. 5766
AMANDA NALDER, ESQ.                          600 S. Las Vegas Blvd, Ste. 400
Nevada Bar No. 16733                         Las Vegas, NV 89101
Attorneys for Plaintiff                      (702) 366-0622
630 South Third Street                       Attorneys for Intervenor
Las Vegas, NV 89101                          AMERICAN NATIONAL PROPERTY
(702) 222-3476                               AND CASUALTY COMPANY
Attorneys for Plaintiff
ZAROUHI McFADDEN

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, plaintiff's motion to remand [ECF No. 9] is denied as moot. The Clerk of Court is kindly instructed to close this case.

Dated: January 21, 2025

_____
United States District Judge

-2-